IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:16CR173 |
| vs. | ) ) | ORDER |
| ALEJANDRA ALVAREZ-ROMERO, EDWIN MUNOZ and RAUL VASQUEZ, | ) ) ) ) | |
| Defendants. | ) ) | |

    This matter is before the court on the motion for an extension of time by defendant Raul Vasquez (Vasquez) (Filing No. 64). Vasquez seeks an extension until November 16, 2016, in which to file pretrial motions in accordance with the progression order (Filing No. 49) as extended. Vasquez's counsel represents Vasquez will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Vasquez's counsel represents that government's counsel has no objection to the motion. Previously, the court has extended the pretrial motion deadline as to co-defendants Alvarez-Romero and Munoz to October 24, 2016. Upon consideration, Vasquez's motion will be granted and the pretrial motion deadline will be extended to November 16, 2016, for all defendants.

    **IT IS ORDERED:**

    1.    Defendant Vasquez's motion for an extension of time (Filing No. 64) is granted.

    2.    Vasquez and all other defendants are given until **on or before November 16, 2016,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **October 13, 2016, and November 16, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 13th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge